**Order entered March 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00067-CV

## DEMONDRIA JEFFERSON AND DEMETRA WYSINGER, Appellants

## V.

## GEICO COUNTY MUTUAL INSURANCE CO., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

### ORDER

Included within appellants' January 15, 2020 and January 24, 2020 notices of appeal is appellants' request for the reporter's record. Accordingly, we **ORDER** Brooke Wagner, Official Court Reporter for County Court at Law No.5, to file the reporter's record no later than April 6, 2020. As the clerk's record includes a statement of inability to afford payment of costs signed by appellant Demondria Jefferson, and nothing in the record reflects the trial court has ordered

appellants to pay costs, the record shall be prepared without payment of the reporter's fees. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order and the notices of appeal to Ms. Wagner. A copy of the order shall also be sent to the parties.

/s/    BILL WHITEHILL
       JUSTICE